**Order filed October 24, 2017.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-17-00732-CV

———————

### HARRIS COUNTY, TEXAS AND KEVIN VAILES, Appellants

### V.

### BARBARA COATS, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMAIL AMRON, DECEASED, AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED; AND ALI AMRON, INDIVIDUALLY AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED, Appellees

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-55551**

## O R D E R

The clerk's record was filed October 18, 2017. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Final Judgment signed June 16, 2017.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before 30 days, containing the Final Judgment signed June 16, 2017.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM